NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ROBERT J. SOVIS,**

*Claimant-Appellant*

**v.**

**ROBERT A. MCDONALD, SECRETARY OF VETERANS AFFAIRS,**

*Respondent-Appellee*

---

2015-7078

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 14-258, Chief Judge Bruce E. Kasold.

---

**JUDGMENT**

---

KATHERINE A. HELM, Simpson Thacher & Bartlett, LLP, New York, NY, argued for claimant-appellant. Also represented by FRANCIS JOHN ACOTT.

SHARI A. ROSE, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent-appellee. Also represented by ALLISON KIDD-MILLER, ROBERT E. KIRSCHMAN, JR., BENJAMIN C. MIZER; Y. KEN LEE, MARTIN JAMES SENDEK,

Office of General Counsel, United States Department of Veterans Affairs, Washington, DC.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, SCHALL, and CHEN, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

April 21, 2016
Date

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court